UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FENF, LLC,**

       Case No. 10-14351

    **Plaintiff,**

       Honorable Denise Page Hood

v.

**TAYLOR GIFTS, INC.,**

    **Defendant.**

_____/

### ORDER GRANTING MOTION TO COMPEL AND FOR EXTENSION OF TIME
### and
### AMENDED SCHEDULING ORDER

    Plaintiff filed a Motion to Compel and for Extension of Time to conduct further discovery. A response was filed and a hearing was held on the matter. The parties resolved the deposition issues. For the reasons set forth on the record,

    IT IS ORDERED that the Motion to Compel and for Extension of Time (**Doc. No. 84**) is GRANTED.

    IT IS FURTHER ORDERED that the following schedule governs this matter:

| | |
|---|---|
| Close of fact discovery: | November 1, 2013 |
| Opening Expert Report shall be served by:<br>   (Party bearing burden of proof) | December 6, 2013 |
| Rebuttal Expert Reports shall be exchanged by: | January 10, 2014 |
| Expert Depositions shall be completed by: | February 14, 2014 |
| Dispositive motions shall be filed by: | March 14, 2014 |
| The proposed Joint Final Pretrial Order is to be submitted: | June 16, 2014 |
| The Final Pretrial Conference is set for: | June 23, 2014, 2:30 p.m. |
| The Jury Trial is set for: | July 15, 2014, 9:00 a.m. |

                                      S/Denise Page Hood
                                      DENISE PAGE HOOD
                                      United States District Judge

DATED: September 30, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2013, by electronic and/or ordinary mail.

S/Holly Monda for LaShawn Saulsberry  
Case Manager